# Court of Appeals
# of the State of Georgia

ATLANTA,   August 14, 2012

*The Court of Appeals hereby passes the following order:*

## A12D0471.  CHRISTOPHER M. HUNT v. CAROLYN M. HUNT.

Christopher Hunt's application for discretionary appeal, filed on July 19, 2012, is hereby DENIED.  In addition, his "Motion [for] Extraordinary Extension per Emergency Rule 40(b)" is DENIED as moot.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,* 08/14/2012
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*